Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTION 18 BY SICURA, INC. a New York Corporation; SQUARE ONE, a New York business entity of form unknown; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:15-cv-03650-BRO-JPR<br>*Honorable Judge Beverly Reid O'Connell*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT SQUARE ONE** |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff hereby dismisses without prejudice Defendant Square One, a New York business entity of form unknown from this action pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

Respectfully submitted,

Date: June 30, 2015          By:     */s/ Scott A. Burroughs*
                                     Scott A. Burroughs, Esq.
                                     Trevor W. Barrett, Esq.
                                     DONIGER / BURROUGHS
                                     Attorneys for Plaintiff