1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNICOLORS, INC.,

Plaintiff,

v.

CONNECTION 18 BY SICURA,
INC.; et al.,

Defendants.

Case No.:  CV-15-03650-BRO-JPR
*Hon. Beverly Reid O'Connell Presiding*

**ORDER ON  STIPULATION TO
DISMISS  ACTION WITHOUT
PREJUDICE**

1

ORDER

FOR  GOOD  CAUSE  APPEARING,  THE  FOLLOWING  IS  HEREBY ORDERED:

1.      This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2.      This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3.      The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4.      The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

IT IS SO ORDERED.

DATED: December 15, 2016

By: _____
        Honorable Beverly R. O'Connell
        United States District Court Judge

2

ORDER ON STIPULATION TO DISMISS ACTION